**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **ROBERT STEBELTON,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:09-CV-808 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| **BLOOM TOWNSHIP BOARD OF** | : | Magistrate Judge Kemp |
| **ZONING APPEALS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 1, 2011 Opinion and Order, the Court GRANTED the Defendants' Motion for Summary Judgment.  This action is hereby DISMISSED.

Date: **September 1, 2011**          James Bonini, Clerk

                                                      s/Betty L. Clark
                                                  Betty L. Clark/Deputy Clerk