**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **ROBERT STEBELTON**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:09-CV-808 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| **BLOOM TOWNSHIP BOARD OF ZONING APPEALS**, *et al.*, | : | Magistrate Judge Kemp |
| | : | |
| Defendants. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 1, 2011 Opinion and Order, the Court GRANTED the Defendants' Motion for Summary Judgment. This action is hereby DISMISSED.

Date: **September 1, 2011**      James Bonini, Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk